# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Securities Exchange Commission

                Plaintiff,

v.                                        Case No.: 1:17−cv−03430

                                                   Honorable John Robert Blakey

Carl M Birkelbach, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 1, 2018:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing held on 2/1/2018. Based upon the representation of the parties, this case is dismissed without prejudice. Absent reinstatement on or before 10/1/2019, the dismissal will convert to one with prejudice without further order of the Court. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.